HARRIS SCHWARTZ, Respondent, v. GERTRUDE L. SMITH et al., Defendants, and HARRY PHILLIPS et al., Appellants.

*Schwartz* v. *Smith*, 143 App. Div. 297, affirmed.
(Argued January 17, 1913; decided February 11, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 10, 1911, reversing so much of a judgment of Special Term as dismissed the complaint as to defendants, appellants, and granting a new trial in an action to foreclose a mortgage.

*Max L. Schallek, Reuben Greenbaum, Theodore Baumeister* and *Samson Lachman*, for appellants.

*Louis Manheim* for respondent.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts, on opinion of SCOTT, J., below.

Concur: CULLEN, Ch. J., WERNER, WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.